1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13 WILLIAM KENT ROBERSON, | Case No. 2:23-cv-07217 SVW(JPRx) |
| 14         Plaintiff, | *Hon. Stephen V. Wilson* |
| 15    vs. | **JUDGMENT** |
| 16 WESTERN PROGRESSIVE, | |
| 17 LLC, etc., et al., | |
| 18         Defendants. | |
| 19 | Complaint Filed:  8/31/23 |
| 20 | FAC Filed:  11/21/23 |
| 21 | |
| 22 | |

23   On February 1, 2024, the Court entered its Order Granting the Motion to

24 Dismiss First Amended Complaint in favor of Defendants PHH Mortgage

25 Corporation ("PHH"), U.S. Bank, N.A., as trustee for Greenpoint Mortgage

26 Funding ("USB"), and Western Progressive, LLC ("Western")(collectively,

27 "Defendants") and against Plaintiff William Kent Roberson ("Plaintiff").

28 Accordingly, as no other claims or parties remain to be adjudicated in this matter:

-1-
JUDGMENT

1        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment

2   is hereby entered in favor of Defendants, and each of them, as the prevailing parties,

3   and against Plaintiff William Kent Roberson. Plaintiff shall recover nothing by way

4   of his operative complaint against Defendants.    As the prevailing parties,

5   Defendants are entitled to seek to recover costs by application.

6

7   **IT IS SO ORDERED.**

8

9

10   Dated: October 31, 2024

11                                         Hon. Stephen V. Wilson
UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT